FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>         v.<br><br>LEONARDO TAMAYO RODRIGUEZ, (01)<br>JESUS ABRAHAM BELTRAN-FRIAS, (02),<br>LAMBERTO QUINTERO-ACOSTA (a/k/a Jose Lamberto Quintero-Acosta, Fernando Ismael Quintero-Salas, and Jose Carlos Quintero-Salas), (03), and<br>VICTOR JOSE RUIZ-MARQUEZ, (04),<br><br>                   Defendants. | No.   2:15-CR-0138-SMJ-01<br>         2:15-CR-0138-SMJ-02<br>         2:15-CR-0138-SMJ-03<br>         2:15-CR-0138-SMJ-04<br><br>**ORDER** |

Before the Court, without oral argument, is the United States Attorney's Office's Motion for Protective Order, ECF No. 80, and a related Motion to Expedite, ECF No. 81. The Court is fully informed and grants the motions.

Accordingly, **IT IS HEREBY ORDERED**:

1. USAO's Motion for Protective Order, **ECF No. 80**, is **GRANTED.**

2. The Court enters the discovery protective order at **ECF No. 80-1.**

3. USAO's related Motion to Expedite, **ECF No. 81**, is **GRANTED.**

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 8th day of January 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge