MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Caitlin A. Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-00138-SMJ-01 |
| Plaintiff, | 2:15-CR-00138-SMJ-02 |
| | 2:15-CR-00138-SMJ-03 |
| vs. | 2:15-CR-00138-SMJ-04 |
| LEONARDO TAMAYO RODRIGUEZ, (01), | PROTECTIVE ORDER |
| JESUS ABRAHAM BELTRAN-FRIAS, (02), | |
| LAMBERTO QUINTERO-ACOSTA, (a/k/a Jose Lamberto Quintero-Acosta, Fernando Ismael Quintero-Salas, and Jose Carlos Quintero-Salas), (03), | |
| VICTOR JOSE RUIZ-MARQUEZ, (04), | |
| Defendants, | |

Upon motion by the government,

IT IS ORDERED that the United States' Motion for Protective Order is GRANTED, setting forth the following:

1. The United States will provide discovery materials on an on-going basis to defense counsel;

Protective Order – 1

2. Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents;

3. Defense counsel may show to, and discuss with the Defendant the discovery material, including sealed documents;

4. Defense counsel shall not provide original or copies of discovery materials directly to the Defendant;

5. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, and shall not leave any discovery materials unsupervised with any person to include the client;

6. The United States and defense counsel may reference the existence and content of sealed discovery material in open and closed court proceedings;

7. The parties reserve the right to seek relief from the Protective Order should the need arise.

DATED this 8th day of January, 2016.

_____
Honorable Salvador Mendoza, Jr.
United States District Judge

Protective Order – 2