UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARDO TAMAYO RODRIGUEZ,<br><br>Defendant. | 2:15-CR-0138-TOR-1<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE AND QUASHING ARREST WARRANT |

BEFORE THE COURT is the United States' Motion to Dismiss Indictment and Quash Arrest Warrant. For good cause shown,

**IT IS ORDERED THAT**:

1. The United States' Motion to Dismiss Indictment and Quash Arrest Warrant is **GRANTED**.

2. The Indictment is **DISMISSED** with prejudice as to Defendant **LEONARDO TAMAYO RODRIGUEZ** only.

3. The Arrest Warrant issued is hereby **QUASHED**.

ORDER DISMISSING INDICTMENT…~ 1

1  The District Court Executive is directed to file this Order and provide a copy to
2  the parties and the United States Marshal Service.
3  DATED November 15, 2022.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING INDICTMENT…~ 2